AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Amanda Bouie | ) | Case No: 1:07-CR-00047-012 |
| | ) | USM No: 09736-003 |
| Date of Previous Judgment: 10/10/2007 | ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __124__ months **is reduced to** __99 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 31 | | Amended Offense Level: 29 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 135 to 168 months | | Amended Guideline Range: 108 to 135 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
   The previous term of imprisonment imposed was a variance from the guidelines of 8.5% off the low end of the guideline range. The reduced sentence is thus 8.5% below the amended guideline range.

~~**III. ADDITIONAL COMMENTS**~~

Except as provided above, all provisions of the judgment dated __10/10/2007__ shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: 10/12/2009 | /s/ Callie V. S. Granade |
| | Judge's signature |
| Effective Date: _____ | Chief United States District Judge |
| (if different from order date) | Printed name and title |