AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama

United States of America
v.
AMANDA BOUIE

Date of Original Judgment: _10/10/2007_
Date of Previous Amended Judgment: _10/12/2009_
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)

Case No: _07-00047-012_

USM No: _09736-003_

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _99_ months **is reduced to** _87 months_ .

Except as otherwise provided, all provisions of the judgment dated _10/10/2007_ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _1/26/2012_

Effective Date: _____
*(if different from order date)*

_/s/ Callie V. S. Granade_
*Judge's signature*

United States District Judge
*Printed name and title*